UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RED FORT CAPITAL, INC.,
                      Plaintiff,                      19 cv 686 (PKC) (RWL)

            -against-                            ORDER

GUARDHOUSE PRODUCTIONS LLC, et al.,

                      Defendants.
-----------------------------------------------------------x

CASTEL, District Judge:

        Rocco Lamura and Brandon Winston of Tosolini, Lamura, Rasile & Toniutti LLP (the "Attorneys") moved to withdraw as counsel for all defendants in this action, i.e. Guardhouse Productions LLC, Guardhouse Studios Italy S.R.L., Guardhouse Studios Management Limited, Guardhouse Studios Scotland Ltd., Surya G. Iacono, and Russell S. Dilley (collectively, the "Clients"). For good cause shown, Magistrate Judge Robert W. Lehrburger granted the motion on January 15, 2020. (Doc 223).

        Pending before the Court are certain motions of plaintiff Red Fort Capital, Inc. directed to the counterclaims of defendants Iacono and Dilley. Also all defendants, except for defendant Dilley, are the subject of a Report and Recommendation of Magistrate Judge Lehrburger recommending that their defenses and counterclaims be dismissed and judgment be entered against them. (Doc 225.)

        The Court will conduct a hearing on all then pending motions and matters on September 29, 2020 at 4 p.m. in Courtroom 11D, U.S. Courthouse, 500 Pearl Street, New York, NY.

        **DEFENDANTS GUARDHOUSE PRODUCTIONS LLC, GUARDHOUSE STUDIOS ITALY S.R.L., GUARDHOUSE STUDIOS MANAGEMENT LIMITED, GUARDHOUSE STUDIOS SCOTLAND LTD. ARE ADVISED THAT,**

**BECAUSE THEY ARE NOT NATURAL PERSONS, THEY ARE NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS ADMITTED TO PRACTICE IN THIS COURT. DEFENDANTS SHALL CAUSE A NOTICE OF APPEARANCE TO BE FILED BY AN ATTORNEY ADMITTED TO PRACTICE IN THIS COURT ON OR BEFORE SEPTEMBER 14, 2020 AND SAID ATTORNEY SHALL APPEAR AT THE SEPTEMBER 29, 2020, 4 P.M. HEARING. FAILURE TO COMPLY WILL RESULT IN STRIKING THE NON-APPEARING DEFENDANT'S ANSWER AND THE ENTRY OF A DEFAULT JUDGMENT AGAINST IT.**

**SURYA G. IACONO, AND RUSSELL S. DILLEY SHOULD CONSIDER RETAINING COUNSEL. HOWEVER, AS NATURAL PERSONS, MS. IACONO AND DR. DILLEY ARE PERMITTED TO PROCEED WITHOUT AN ATTORNEY.**

**MS. IACONO AND DR. DILLEY MUST APPEAR IN PERSON OR BY A LAWYER ADMITTED TO PRACTICE IN THIS COURT FOR THE HEARING ON SEPTEMBER 29, 2020 at 4 P.M. IN COURTROOM 11D, MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007. IF MS. IACONO OR DR. DILLEY FAILS TO APPEAR IN PERSON OR BY A LAWYER ADMITTED TO PRACTICE IN THIS COURT, HER OR HIS ANSWER TO THE COMPLAINT WILL BE STRICKEN AND A DEFAULT JUDGMENT AGAINST HER OR HIM WILL BE ENTERED.**

The Attorneys shall serve the following on each of the Clients at their last known addresses and file an affidavit of service within five (5) days of this Order: (1) the transcript of the January 15, 2020 proceeding before Magistrate Judge Lehrburger (Doc 223); (2) the Report and

Recommendation of Magistrate Judge Lehrburger (Doc 225); and (3) this Order. Upon the filing of the affidavit of service, the Court will enter an Order terminating the Attorneys as counsel of record.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
August 19, 2020