UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RED FORT CAPITAL, INC,

                              Plaintiff,                                19 cv 686 (PKC) (RWL)

      -against-

                                                                             ORDER

GUARDHOUSE PRODUCTIONS LLC et al.,

                              Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        On Tuesday, September 29, 2020, the Court held a hearing on pending matters and motions in this case. Then-pending before the Court was defendant Surya Iacono's motion to reconsider the Court's August 13, 2019 Opinion and Order (the "August 13 Opinion") insofar as it denied her motion to dismiss the complaint against her for insufficient service of process, pursuant to Rule 12(b)(5), Fed. R. Civ. P. As stated on the record, Iacono's motion to reconsider pursuant to Local Rule 6.3 is untimely. Iacono had 14 days from entry of the Court's August 13 Opinion to move for reconsideration. Rule 6.3, Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. However, Iacono did not move for reconsideration until September 9, 2019, well after the 14-day time period elapsed. (See Doc 143.) Therefore, her motion for reconsideration is denied as untimely.

        SO ORDERED.

                                                                   P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
       September 29, 2020