# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RED FORT CAPITAL, INC,

                Plaintiff,                          19 **CIVIL** 686 (PKC) (RWL)

        -against-                                        **JUDGMENT**

GUARDHOUSE PRODUCTIONS LLC et al.,

                Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 29, 2020, the R&R is therefore adopted, the counterclaims and defenses of the Guardhouse entities and defendant Iacono are dismissed, and judgment is entered against them, and for plaintiff as to those defendants.

**Dated:**  New York, New York
          September 30, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                **Clerk of Court**
                                  **BY:**
                                                                 _____
                                                                **Deputy Clerk**