```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RED FORT CAPITAL, INC.,

                      Plaintiff,

      - against -

GUARDHOUSE PRODUCTIONS LLC, et al.,

                   Defendants.
------------------------------------------------------------X

19-CV-686 (PKC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By October 26, 2020, Plaintiffs shall file a status report and proposed scheduling with respect to moving forward against any remaining defendants and otherwise bringing this case to closure.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2020
       New York, New York