```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RED FORT CAPITAL, INC.,                         :
                                                :     19-CV-686 (PKC) (RWL)
                              Plaintiff,        :
                                                :
              - against -                       :     ORDER
                                                :
GUARDHOUSE PRODUCTIONS LLC, et al.,             :
                                                :
                              Defendants.       :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the status report filed by Plaintiffs.

1. The Court applauds the parties' efforts to reach a negotiated resolution. By November 23, 2020, the parties shall file a joint status report on the status of their discussions. If the parties believe it would be helpful to enlist the services of the Court to assist with settlement discussions, they shall so advise the Court.

2. In the absence of a negotiated resolution, Plaintiffs' pre-motion letter for filing a summary judgment motion against Dilley shall be filed by December 9, 2020.

3. For substantially the reasons set forth in the status report, the document filed at Dkt. 216 presently filed under seal shall be unsealed and filed in full on the public docket. Defendants never moved to preserve confidentiality of their filing.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2020
       New York, New York