UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RED FORT CAPITAL, INC.,

                                Plaintiff,

        - against -

GUARDHOUSE PRODUCTIONS LLC, et al.,

                             Defendants.
-------------------------------------------------------------X

19-CV-686 (PKC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court directed Plaintiff's intended motion for summary judgment to be filed by January 19, 2021. No motion was filed and there has been no subsequent activity on the docket. Accordingly, by March 3, 2021, the parties shall file a joint letter updating the Court on status, any open issues, and a proposed schedule for bringing the case to closure. If the parties believe it would be useful to have the Court assist with any efforts to settle, the parties shall so indicate.

                                                    SO ORDERED.

                                                    _____
                                                    ROBERT W. LEHRBURGER
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2020
        New York, New York

Copies transmitted this date to all counsel of record.

1