## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

RED FORT CAPITAL, INC.

                Plaintiff,

     v.

GUARDHOUSE PRODUCTIONS LLC,
GUARDHOUSE STUDIOS ITALY S.R.L.,
GUARDHOUSE STUDIOS
MANAGEMENT LIMITED,
GUARDHOUSE STUDIOS SCOTLAND
LTD, SURY G. IACONO, RUSSELL S.
DILLEY, L'OPERATEUR PARTENAIRE
SOCIAL and GM GROUP INTL CORP.,

               Defendants.

**Civil Action No.: 1:19-cv-00686-PKC**

**ECF**

**SUBSTITUTION OF COUNSEL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021
```

    **NOTICE** is hereby given that, subject to approval by the Court, Plaintiff Red Fort Capital,

Inc. ("Red Fort"), substitutes Sean Rose, Esq. of OlenderFeldman LLP as counsel of record in

place of Clifford Chance US LLP (by and through Anthony M. Candido, Esq.)

    Contact information for new counsel is as follows:

Firm Name:    OlenderFeldman LLP
Address:       1180 Avenue of the Americas, 8th Floor; New York, New York 10036
Telephone:   908-964-2460
Facsimile:    908-810-6631
Email:         srose@olenderfeldman.com

I consent to the above substitution.

Date:   12-04-2020

               Red Fort Capital, Inc.

               By: _____
                    Parry Singh
                    CEO, Red Fort Capital, Inc.

I consent to the above substitution.

Date: 12/3/20

Clifford Chance US LLP

By: _____

Anthony M. Candido

I consent to the above substitution.

Date:

OlenderFeldman LLP

By: _____

Sean Rose

The substitution of attorney is hereby approved and so ORDERED.

_____

The Honorable Hon. Robert W. Lehrburger, U.S.M.J.

Date: 3/4/2021

I consent to the above substitution.

Date:

Clifford Chance US LLP

By: _____
Anthony M. Candido

I consent to the above substitution.

Date:   12-04-2020

OlenderFeldman LLP

By: _____
Sean Rose

The substitution of attorney is hereby approved and so ORDERED.

_____
The Honorable Hon. Robert W. Lehrburger, U.S.M.J.

Date: