UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RED FORT CAPITAL, INC.,

                Plaintiff,                              19 cv 686 (PKC) (RWL)

        -against-                                  <u>ORDER</u>

GUARDHOUSE PRODUCTIONS LLC et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Red Fort may file its motion for summary judgment within 14 days of this Order. Dilley has 14 days from the filing of the motion to respond and Red Fort may reply 7 days thereafter.

        SO ORDERED.

                                                P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
           March 4, 2021