UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RED FORT CAPITAL,

                Plaintiff,                19-cv-686 (PKC)

    -against-                                ORDER

RUSSELL DOLLEY,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

In view of the prior proceedings and the response to the Court's Order of February 11, 2022, the Court ORDERS as follows:

1. No jury has been demanded by either party and the case will proceed as a bench trial.

2. Red Fort has not shown cause why its Indiana Bad Check claim against Dilley ought not be dismissed, and it is hereby DISMISSED.

3. Plaintiff's direct testimony by affidavit of all witnesses within its control shall be filed, together with a trial brief, by April 1, 2022.

4. Defendant's direct testimony by affidavit of all witnesses within its control shall be filed, together with a trial brief by April 15, 2022.

5. The Court directs counsel to meet face to face for at least one hour to discuss proposed stipulations of fact.  A proposed Joint Pre-Trial Order containing the parties' stipulation of facts (and all other requirements set forth in the Court's Individual Practices) shall be submitted to the Court by April 30, 2022.

6. Submissions 3 through 5 above shall be filed on ECF, with two hard copies delivered to Chambers, as well as an electronic version of the text of the submission in MS Word format (excluding exhibits which may be in pdf).

7. The Final Pretrial Conference will be held on May 18, 2022 at 11:00 a.m.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
March 3, 2022