UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RED FORT CAPITAL, INC.,

                Plaintiff,                19 cv 686 (PKC) (RWL)

      -against-                      ORDER

GUARDHOUSE PRODUCTIONS LLC, et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Trial of this matter is set as a backup trial to United States v. Abel Montilla, 19-cr-536-PKC-7, currently set for trial for the week of September 26, 2022 in Courtroom 11D.

        SO ORDERED.

                                                P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
          July 27, 2022