UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RED FORT CAPITAL, INC.,                             :
                                                    :
                Plaintiff,        :       19-CV-686 (KPC) (RWL)
                                                    :
      - against -                                   :
                                                    :       **ORDER**
RUSSELL S. DILLEY ET AL.,                           :
                                                    :
                Defendants.       :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant Dilley is reminded that sending email directly to chambers is not permitted. As a pro se litigant, Mr. Dilley must send all communications to the pro se office at ProSe@nysd.uscourts.gov. Email sent directly to chambers will be ignored.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 7, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff at his address of record and by email to his email address of record.