```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RED FORT CAPITAL, INC.,                          :
                                                 :
                        Plaintiff,               :    19-CV-686 (KPC) (RWL)
                                                 :
        - against -                              :
                                                 :    ORDER
RUSSELL S. DILLEY ET AL.,                        :
                                                 :
                        Defendants.              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the letters filed by the parties at Dkts. 313 and 314 concerning Dilley's application to lift the attachment of funds held by TIAA and Morgan Stanley, which funds Dilley asserts are retirement funds exempt from judgment enforcement. The Court is satisfied that the funds in question are within the scope of both the attachment previously ordered and the March 31, 2023 settlement agreement and confession of judgment.

Red Fort's submission, however, did not fully answer the question posed by the Court concerning exemptions of retirement funds from enforcement of judgments. Red Fort addressed only Indiana law and why, from Red Fort's view, Indiana law did not apply. Red Fort, however, did not address exemption of retirement funds under either New York law (which exempts retirement funds whether or not established under ERISA) or federal law (which exempts retirement funds established under ERISA). *See* N.Y. C.P.L.R. § 5205(c); 28 U.S.C. § 1304. The choice of law therefore may be a moot issue.

Red Fort also identifies an unresolved factual issue; specifically, the nature of the funds and particularly whether they are actually exempt retirement accounts. Red Fort points out, however, that Dilley was previously sanctioned for failing to comply with

discovery regarding his assets, seeming to imply that the Court should resolve this issue against Dilley without further fact development.

The Court will schedule a conference to discuss these issues and the parties' positions on next steps.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff at his address of record and by email to his email address of record.