UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RED FORT CAPITAL, INC.,

                Plaintiff,                19-CV-686 (KPC) (RWL)

     - against -

                                           **ORDER**

RUSSELL S. DILLEY ET AL.,

                Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the case management conference held via Teams on September 29, 2025, Plaintiff Red Fort shall file by October 6, 2025, a proposed schedule for post-judgment enforcement discovery concerning the two financial accounts that Defendant Dilley asserts are exempt retirement assets.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 29, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Defendant at his address of record and by email to his email address of record.