UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RED FORT CAPITAL, INC.,

                Plaintiff,                19-CV-686 (KPC) (RWL)

     - against -

                                            **ORDER**

RUSSELL S. DILLEY ET AL.,

                Defendants.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the Court's September 29, 2025 order at Dkt. 318, Plaintiff Red Fort was required to file by October 6, 2025, a proposed schedule for post-judgment enforcement discovery concerning the two financial accounts that Defendant Dilley asserts are exempt retirement assets. No proposal has been filed. The Court grants a one-time sua sponte extension of time to file the proposed schedule to **October 9, 2025**.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Defendant at his address of record and by email to his email address of record.